IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

STACY COYLE,

        Plaintiff,

-vs-                                     Case No. 13-11570-CV
                                       Hon. Nancy G. Edmunds

MATTHEW THOMAS & ASSOCIATES, LLC,

        Defendant.
_____/

LAW OFFICES OF BRIAN P. PARKER, P.C.
BRIAN P. PARKER (P48617)
Attorney for Plaintiff
30600 Telegraph Rd., Suite 1350
Bingham Farms, MI 48025
(248) 642-6268
(248) 642-8875 (FAX)
brianparker@collectionstopper.com
WWW.COLLECTIONSTOPPER.COM
_____/

## STIPULATED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW, THEREFORE, upon the reading and filing of the Notice of Voluntary Dismissal With Prejudice and Without Costs, the Court being otherwise advised in the premises,

IT IS HEREBY ORDERED that this case is dismissed with prejudice from this cause of action, with no costs or attorney fees to any party.

Date: May 7, 2013

                                                                      Nancy G. Edmunds
                                                                      U.S. District Judge

**Approved as to form:**

/s/ Brian P. Parker
Brian P. Parker (P48617)
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

STACY COYLE,

                Plaintiff,

-vs-                                            Case No. 13-11570-CV
                                                  Hon. Nancy G. Edmunds

MATTHEW THOMAS & ASSOCIATES, LLC,

                Defendant.

_____/

LAW OFFICES OF BRIAN P. PARKER, P.C.
BRIAN P. PARKER (P48617)
Attorney for Plaintiff
30600 Telegraph Rd., Suite 1350
Bingham Farms, MI 48025
(248) 642-6268
(248) 642-8875 (FAX)
brianparker@collectionstopper.com
WWW.COLLECTIONSTOPPER.COM
_____/

## PROOF OF SERVICE

    The undersigned certifies that she filed Stipulated Order Of Voluntary Dismissal With Prejudice and this proof of service via ECF on May 7, 2013.

                                                                                 /s/ Dana Powers
                                                                                  Dana Powers